TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00779-CV
 
 




 

 

In re Nathan H.
Butler

 

 

E. L. M., Jr., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 340th
 District Court OF Tom Green
 COUNTY, 
 NO. C-11-0032-CPS,
 The Honorable Jay K. Weatherby, JUDGE
 PRESIDING
 
 




 


 
 
                                          O
 R D E R   T O   S H O W  
 C A U S E
 PER CURIAM
                       This is a contempt
 proceeding ancillary to the appeal of E. L. M., Jr. 
 The subject of this proceeding is Nathan H. Butler, appellant’s attorney.
                       Appellant filed his
 notice of appeal on November 16, 2012, and his brief was due December 27,
 2012.  On January 4, 2013
 we ordered counsel to file appellant’s brief no later than January 14, 2013.  To date, appellant’s brief has not been
 filed. 
                       Therefore,
 it is hereby ordered that Nathan H.
 Butler shall appear in person before this Court on Wednesday, January
 30, 2013, at 1:30 p.m., in the Third Court of Appeals courtroom, located on
 the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in
 Austin, Travis County, Texas, to show cause why he should not be held in
 contempt and have sanctions imposed for his failure to obey our January 4,
 2013 order.  This order to show
 cause will be withdrawn and Mr. Butler will be relieved of his obligation to
 appear before this Court as ordered above if the Clerk of this Court receives
 appellant’s brief before January 30, 2013.
 It is ordered on January 18, 2013
  
 Before
 Justices Puryear, Pemberton and Rose